# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  ROBYN PARKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| ) | **(Removed from the Tulsa** |
| ) | **County District Court Case** |
| ) | **No.: CJ-2025- 0110)** |
| ) | |
| ) | |
| 1.  UNIVERSAL PROTECTION SERVICE, LP  ) | |
| d/b/a ALLIED UNIVERSAL SECURITY SERVICES; ) | |
| 2.  DETENTION OFFICER REGAL; ) | |
| 3.  CITY OF TULSA, OKLAHOMA; ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE AND PETITION OF REMOVAL

COMES NOW, Defendant Universal Protection Service, LP, D/B/A Allied Universal Security Services, hereby give notice of their removal of the action currently pending in the District Court of Tulsa County, State of Oklahoma, pursuant to 28 U.S.C. §1441 *et seq*. and Fed. R. Civ. P. 81(c), and Defendants do not waive, and expressly reserve all defenses including, but not limited to, Oklahoma Governmental Tort Claims Act, relevant case law, and Eleventh Amendment sovereign immunity defenses, except as to choice of forum. In support of Defendants' Notice and Petition of Removal, Defendants show the Court as follows:

1. The captioned proceeding was originally filed on January 8, 2025, in the District Court of Tulsa County, State of Oklahoma, and is styled *Robyn Parker v. Universal Protection Services, LP, d/b/a Allied Universal Security Services, et al*, Case No. CJ-2025-110.

2. That case is being timely removed to this Court. Plaintiff alleges violation of 42 U.S.C. § 1983, violations of the U.S. Constitution Fourteenth and Fourth Amendments, and negligence.

3. Accordingly, the United States District Court for the Northern District of Oklahoma has original subject matter jurisdiction of this case pursuant to 28 U.S.C. §1331 and pendant jurisdiction of the state law claim pursuant to 28 U.S.C. § 1367.

4. This removal is timely as the matter is brought to this Court within thirty (30) days of service (1/21/2025) of the Petition and notice of assertion of federal claims.

5. By this removal, Defendants reserve, and do not waive any rights to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of Plaintiff's Petition, or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to, Oklahoma Governmental Tort Claims Act, related statutes, and relevant case law.

6. In accordance with 28 U.S.C. §1446 and LCvR81-2, a copy of the following is attached:

Exhibit 1: Tulsa County Docket Sheet;
Exhibit 2: Petition;
Exhibit 3: Service on Defendant Allied

Exhibit 4: Affidavit of Service for "Detention Officer Regal"[1].

WHEREFORE, Defendants respectfully request this action be removed from the District Court of Tulsa County, State of Oklahoma, to the United States District Court for the Northern District of Oklahoma, and for any such other relief as the Court deems proper and under the circumstances.

Respectfully submitted,

By  /s/ Jon Williford
Joseph E. Stall, OBA 32875
jstall@rhodesokla.com
John M. Williford, OBA 19598
Jwilliford@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 (fax)
***Attorneys for Defendants, Allied Universal Service***

---

[1] No entry has been filed for "Detention Officer Regal" and the Certificate of Service alleges he was "served" via the Tulsa City Clerk, which does not appear to be valid service. FRCP 4

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 10th day of February, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmitting a Notice of Electronic Filing to the following ECF registrants:

*Attorneys for Plaintiff:*

| | |
|---|---|
| Daniel E. Smolen | danielsmolen@ssrok.com |
| Robert M. Blakemore | bobblakemore@ssrok.com |
| 701 S. Cincinnati Ave. | |
| Tulsa, OK  74119 | |

                                        */s/  Jon Williford*_____
                                        Jon Williford