

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

ROBYN PARKER,
     Plaintiff,

v.

UNIVERSAL PROTECTION SERVICE LP, DBA ALLIED
UNIVERSAL SECURITY SERVICES,
     Defendant, and
DETENTION OFFICER REGAL,
     Defendant, and
CITY OF TULSA, OKLAHOMA,
     Defendant.

**No. CJ-2025-110**
**(Civil relief more than $10,000: NEGLIGENCE (AS TO**
**DEFENDANTS REGAL AND ALLIED))**

Filed: 01/08/2025

Judge: Civil Docket F

# PARTIES

CITY OF TULSA, OKLAHOMA, Defendant
DETENTION OFFICER REGAL, Defendant
PARKER, ROBYN, Plaintiff
UNIVERSAL PROTECTION SERVICE LP, Defendant

# ATTORNEYS

**Attorney**

SMOLEN, DANIEL E (Bar #19943)
SMOLEN & ROYTMAN
701 S. CINCINNATI AVE
TULSA, OK 74119

**Represented Parties**

PARKER, ROBYN

# EVENTS

None

# ISSUES

or cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue #1.** Issue: NEGLIGENCE (AS TO DEFENDANTS REGAL AND ALLIED) (NEGL)
Filed By: PARKER, ROBYN
Filed Date: 01/08/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| UNIVERSAL PROTECTION SERVICE LP | |
| **Defendant:** | |
| DETENTION OFFICER REGAL | |

**Issue # 2.** Issue: EXCESSIVE USE OF FORCE (FOURTEENTH AND/OR FOURTH AMENDMENT) (OTHER)
Filed By: PARKER, ROBYN
Filed Date: 01/09/2025

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 01-08-2025 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 01-08-2025 | [ NEGL ] | | |
| | | NEGLIGENCE (GENERAL) | |
| 01-08-2025 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 01-08-2025 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| | | Document Available (#1060698007) ☐TIFF ☐PDF | |
| 01-08-2025 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 01-08-2025 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 01-08-2025 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 01-08-2025 | [ OCASA ] | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| 01-08-2025 | [ SSFCHSCPC ] | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 01-08-2025 | [ CCADMINCSF ] | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 01-08-2025 | [ CCADMIN0155 ] | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |

01-08-2025

$ 0.45

STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES

01-08-2025  [ DCADMIN155 ]

$ 0.23

DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS

01-08-2025  [ DCADMIN05 ]

$ 0.75

DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

01-08-2025  [ DCADMINCSF ]

$ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

01-08-2025  [ CCRMPF ]

$ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

01-08-2025  [ CCADMIN04 ]

$ 0.50

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

01-08-2025  [ LTF ]

$ 10.00

LENGTHY TRIAL FUND

01-08-2025  [ SMF ]

$ 30.00

SUMMONS FEE (CLERKS FEE)-3

01-08-2025  [ SMIP ]

SUMMONS ISSUED - PRIVATE PROCESS SERVER

01-08-2025  [ TEXT ]

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET F TO THIS CASE.

01-08-2025  [ ACCOUNT ]

RECEIPT # 2025-4717487 ON 01/08/2025.
PAYOR: SMOLEN, SMOLEN & ROYTMAN PLLC TOTAL AMOUNT PAID: $ 272.14.
LINE ITEMS:
CJ-2025-110: $193.00 ON AC01 CLERK FEES.
CJ-2025-110: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2025-110: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2025-110: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2025-110: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2025-110: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2025-110: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2025-110: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2025-110: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2025-110: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2025-110: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2025-110: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

01-29-2025  [ S ]                                    UNIVERSAL PROTECTION SERVICE LP 👤

ORIGINAL SUMMONS HAS BEEN SUCCESSFULLY SERVED / UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES / ON 1-21-25
Document Available (#1061031000) 🗋TIFF    📄PDF

01-30-2025  [ AFDP ]

AFFIDAVIT OF SERVICE
Document Available (#1061030679) 🗋TIFF    📄PDF