## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ROBYN PARKER, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>1) UNIVERSAL PROTECTION, )<br>SERVICE, LP, d/b/a ALLIED )<br>UNIVERSAL SECURITY SERVICES, )<br>2) DETENTION OFFICER REGAL, )<br>3) CITY OF TULSA, OKLAHOMA, )<br>)<br>)<br>Defendants. ) | Case No.: 25-CV-68-JFH-MTS |

### JOINT DISCOVERY STATUS REPORT

COME NOW the Plaintiff, Robyn Parker ("Plaintiff"), and Defendants Universal Protection Service, LP, d/b/a Allied Universal Security Services ("Allied") and City of Tulsa, Oklahoma ("City") (collectively, the "Parties") by and through their attorneys of record, and, pursuant to the Court's June 11, 2025 Order (Dkt. #33), provide the following Joint Discovery Status Report:

1. On June 6, 2025, Plaintiff served Defendant Allied with written discovery requests. On June 9, 2025, Plaintiff served Defendant City with written discovery requests. On June 9, 2025, Defendant Allied issued written discovery requests to Plaintiff. On June 24, 2025, Defendant City served Plaintiff with written discovery requests.

2. No Party has responded to discovery requests yet, as 30 days from receipt of the requests have not passed.

3. None.

4. None.

5. As no Party has responded to discovery requests, the names of all witnesses that remain to be deposed are not known. The Parties anticipate that Plaintiff and various employees of Defendants will be deposed.

6. None.

7. None.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/ Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

*Attorneys for Plaintiff*

/s/ Jon M. Williford (*signed with permission*)
Joseph E. Stall, OBA #32875
jstall@rhodesokla.com
Jon M. Williford, OBA #19598
Jwilliford@rhodesokla.com
Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 (fax)
*Attorneys for Defendants, Allied Universal Service*

/s/ Nicholas C. Williams (*signed with permission*)
Nicholas C. Williams, OBA #33787
Hayes T. Martin, OBA #32059
Assistant City Attorneys
City Hall, One Technology Center

2

        175 East Second Street, Suite 685
        Tulsa, Oklahoma  74103
        (918) 596-7717 Telephone
        (918) 596-9700  Facsimile
        nicholaswilliams@cityoftulsa.org
        hmartin@cityoftulsa.org
        ***Attorneys for Defendant City of Tulsa***