# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ROBYN PARKER, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 1) UNIVERSAL PROTECTION, ) <br> SERVICE, LP, d/b/a ALLIED ) <br> UNIVERSAL SECURITY SERVICES, ) <br> 2) DETENTION OFFICER REGAL, ) <br> 3) CITY OF TULSA, OKLAHOMA, ) <br> ) <br> ) <br> Defendants. ) | Case No.: 25-CV-68-JFH-MTS |

## JOINT DISCOVERY STATUS REPORT

COME NOW the Plaintiff, Robyn Parker ("Plaintiff"), and Defendants Universal Protection Service, LP, d/b/a Allied Universal Security Services ("Allied") and City of Tulsa, Oklahoma ("City") (collectively, the "Parties") by and through their attorneys of record, and, pursuant to the Court's June 11, 2025 Order (Dkt. #33), provide the following Joint Discovery Status Report:

1. On June 6, 2025, Plaintiff served Defendant Allied with written discovery requests. On June 9, 2025, Plaintiff served Defendant City with written discovery requests. On June 9, 2025, Defendant Allied issued written discovery requests to Plaintiff. On June 24, 2025, Defendant City served Plaintiff with written discovery requests.

2. On August 1, 2025, Defendant City of Tulsa sent Plaintiff's counsel responses to Plaintiff's discovery requests. On August 6, 2025, Plaintiff's counsel sent Defendants Plaintiff's responses to Defendant City of Tulsa's discovery requests. On August 14, 2025, Plaintiff's counsel

sent Defendants Plaintiff's responses to Defendant Allied's discovery requests. On September 16, 2025, Defendant Allied sent Plaintiff responses to Plaintiff's discovery requests.

3.      On August 1, 2025, Defendant City produced approximately 235 pages of documents to Plaintiff. On August 6, Plaintiff produced 25 pages of documents to Defendants. On September 16, 2025, Defendant Allied produced 30 pages of documents. On September 29, 2025, Defendant Allied produced an additional 24 pages of documents.

4.      None.

5.      At this time, Plaintiff believes that she will depose Allied employees Jack Kranz, Sandoval Williamson, Detention Officer J. Mitchell, Detention Officer Kirkwood, Sgt. E. Akioya, William Kilby, and Weston Hardin. Plaintiff believes that she will depose former City of Tulsa employee Travis Yates.

On December 4, 2025, Plaintiff's counsel requested dates to take the depositions of Weston Hardin, Jack Kranz, William Kilby, Sandoval Williamson, and James Carver. The Parties are working to schedule those depositions as well as the deposition of Plaintiff.

Defendant Allied anticipates deposing Plaintiff and the arresting officers, Officers Meryhew & Moses.

6.      None.

7.      Plaintiff and Defendant Allied have exchanged deficiency letters with respect to responses to discovery, and they are in the process of resolving these differences without the need for court intervention. To this end, counsel for Plaintiff and counsel for Allied are working on scheduling a meet and confer on either January 7 or January 9.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/ Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

*Attorneys for Plaintiff*

/s/ Jon M. Williford (*signed with permission*)
Joseph E. Stall, OBA #32875
jstall@rhodesokla.com
Jon M. Williford, OBA #19598
Jwilliford@rhodesokla.com
Rhodes Hieronymus Jones Tucker & Gable
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 (fax)
*Attorneys for Defendants, Allied Universal Service*

/s/ Nicholas C. Williams (*signed with permission*)
Nicholas C. Williams, OBA #33787
Hayes T. Martin, OBA #32059
Assistant City Attorneys
City Hall, One Technology Center
175 East Second Street, Suite 685
Tulsa, Oklahoma 74103
(918) 596-7717 Telephone
(918) 596-9700 Facsimile
nicholaswilliams@cityoftulsa.org
hmartin@cityoftulsa.org
*Attorneys for Defendant City of Tulsa*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on 7th day of January 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

                /s/ Daniel E. Smolen